■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. VERLA FARNHAM, Also Known as TERRY FARNHAM, Appellant.— Judgment unanimously affirmed. Memorandum: Representations have been made to the court

of defendant's exemplary conduct since her incarceration in Bedford Hills. We feel this may well merit consideration by the Parole Board in determining the date of her eligibility for parole. (Appeal from judgment of Niagara County Court convicting defendant of manslaughter, first degree.) Present — Marsh, P. J., Witmer, Moule, Cardamone and Simons, JJ.